## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| **RONALD RHYMES** | * | **CIVIL NO. 05-1686-P** |
| **VERSUS** | * | **JUDGE JAMES** |
| **LA. DEPT. OF CORRECTIONS, ET AL** | * | **MAGISTRATE JUDGE HAYES** |

### ORDER

Before the Court is Plaintiff's "Request for Discovery and Inspection" (Document No. 11). The motion appears to be one to compel discovery from the State of Louisiana; however, the record fails to show that plaintiff served discovery requests or in any way sought the items from the defendant prior to filing the motion to compel. In addition, the motion cites to the rules of Criminal Procedure, which are not applicable to this civil case.

To the extent that the motion is one to compel, it is **DENIED** because the court cannot compel discovery from a party which has not been served with a request for same. However, because the plaintiff is pro se, the **clerk's office is hereby directed to serve defendant State of Louisiana with a copy of the motion**, which the defendant is to treat as requests for production of documents and interrogatories directed at the State of Louisiana. After service, the State of Louisiana is to respond to the discovery requests within the delays allowed under the Federal Rules of Civil Procedure .

The Plaintiff is cautioned that any further discovery requests should not be filed in the record, but should be sent to the party from whom discovery is sought. Discovery requests should only be filed in the record in connection with a motion to compel discovery.

THUS DONE AND SIGNED at Monroe, Louisiana, this 15th day of November, 2005.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE