
RECEIVED
IN MONROE, LA
MAR 27 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| RONALD RHYMES | CIVIL ACTION NO. 05-1686 |
| VS. | SECTION P |
| LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. | JUDGE JAMES<br>MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's claims of failure to ensure child visitation and of improper lock-down, to the extent that they are raised under 42 U.S.C. §1983, be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**IT IS FURTHER ORDERED** that plaintiff's claim of wrongful denial of parole, to the extent that it is raised as a *habeas corpus* petition, and his state law claims be remanded to the Fourth Judicial District Court.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 27 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE